# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
### Urbana Division

ANDREW MOODY,

      **Plaintiff,**

v.

EDGAR COUNTY, ILLINOIS

      **Defendant.**

Case No. 18-2254

## REPORT AND RECOMMENDATION

On October 3, 2018, Plaintiff filed his Complaint (#1) against Defendant. After some delays, summons was served on Defendant on June 11, 2019 (#8). A copy of the executed summons was mailed to Plaintiff on the same day.

On June 17, 2019, the executed summons that was mailed to Plaintiff was returned to the Court as undeliverable (#9). Accordingly, on July 2, 2019, the Court entered a Text Order informing Plaintiff that, pursuant to the Local Rules, he was required to notify the Clerk of any change of address during the pendency of this case. Plaintiff was further informed that failure to provide the Court with a proper address may result in dismissal of his case. Plaintiff was ordered to respond to the Court's Text Order with an updated address by the close of business on July 23, 2019. This Text Order was also mailed to Plaintiff and returned as undeliverable on July 8, 2019 (#10).

To date, Plaintiff has failed to respond to the Court's Text Order and failed to provide the Court with an updated address. **Accordingly, the Court recommends that Plaintiff's case be DISMISSED for failure to provide the Court with an updated address and failure to the respond to the Court's July 2, 2019, Text Order**. Plaintiff is advised that any objection to this recommendation must be filed in writing with the clerk within fourteen (14) days after being served with a copy of this Report and

Recommendation. *See* 28 U.S.C. § 636(b)(1). Failure to object will constitute a waiver of objections on appeal. *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538, 539 (7th Cir. 1986).

ENTERED this 29th day of July, 2019.

s/ERIC I. LONG
UNITED STATES MAGISTRATE JUDGE
