UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| ANDREW MOODY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 18-cv-2254 |
| | ) | |
| EDGAR COUNTY, ILLINOIS, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

Magistrate Judge Eric I. Long filed a Report and Recommendation (#11) on July 29, 2019. On that same date, the District Clerk sent a copy of the Report and Recommendation to Plaintiff via U.S. Mail at the most recent address Plaintiff had provided to the court. Judge Long recommended that this case be dismissed for failure to provide a current mailing address as required by Local Rule 16.3(K), and for failure to comply with the Judge Long's Text Order entered July 2, 2019. Judge Long's July 2, 2019, Text Order directed Plaintiff to update his address by July 23, 2019, and warned that failure to comply with that Order would result in this case being dismissed.

Judge Long's Report and Recommendation instructs the parties to file any objections to the Report and Recommendation within fourteen days after being served with a copy thereof. The Report and Recommendation also informs the parties that failure to object constitutes a waiver of objections on appeal. See *Video Views, Inc. v.*

1

*Studio 21, Ltd.*, 797 F.2d 538, 539 (7th Cir. 1986).

The time to object to Judge Long's Report and Recommendation has long passed. Neither party filed an objection. Therefore, following this court's de novo review of the Report and Recommendation and the reasons for it, this court agrees with and accepts Judge Long's Report and Recommendation (#11). The court agrees that this case should be dismissed for Plaintiff's failure to provide a current address and for failure to timely comply with Judge Long's July 2, 2019, Text Order.

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#11) is ACCEPTED by this court.

(2) This case is dismissed without prejudice.

(3) This case is terminated.

ENTERED this 17th day of October, 2019.

s/ Colin Stirling Bruce
COLIN S. BRUCE
U.S. DISTRICT JUDGE